IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| RICHARD DENNY NOFSINGER, JR. | ) | Case No: 1:16MJ00080 |
| DOB: xx-xx-1979 | ) | |
| SSN: xxx-xx-0894 | ) | |

    Your petitioner, United States of America, by Jennifer R. Bockhorst, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

    1.   That the case is a prosecution upon an Indictment against the defendant for violation of Title 18, United States Code, Section 2251.

    2.   That the presence of the defendant before the United States District Court for the Western District of Virginia at Abingdon, Virginia, scheduled for an Initial Appearance and/ or Arraignment at 1:30 p.m., on June 13, 2016, is necessary and he is now in the custody of the New River Valley Regional Jail.

    WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: 6/2/2016                                                  /s/Jennifer R. Bockhorst
                                                                                    Assistant United States Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:    New River Valley Regional Jail
          P.O. Box 1067
          Dublin, VA 24084
          Phone: (540) 643-2000

**IN THE EVENT THE INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (276) 628-4161.**

GREETINGS:

    WE COMMAND YOU that you surrender the body of RICHARD DENNY NOFSINGER, JR., detained in the New River Valley Regional Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, to the end that his body will be before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 13th day of June 2016, at 1:30 p.m., or at such other time or times as the District Court may direct.

ENTER:   The _____ day of June 2016.

                                                                               _____
                                                                               United States Magistrate Judge

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the New River Valley Regional Jail, and remove therefrom the body of RICHARD DENNY NOFSINGER, JR. and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 13th day of June 2016, at 1:30 p.m., or at such other time or times as the District Court may direct; and upon completion of the case, return the said RICHARD DENNY NOFSINGER, JR. to the New River Valley Regional Jail.

JULIA C. DUDLEY, CLERK

BY: _____
      Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of _____, 2016.

    BY: _____
          United States Marshal/Deputy

RETURNED:

EXECUTED this _____ day of _____, 2016.

    BY: _____
          United States Marshal/Deputy

SENTENCED STATE PRISONER:    Yes: _____    No: _____